In the Matter of JOSEPH DI NARDO, for Reinstatement to the Practice of Law. [784 NYS2d 438]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Green, J.P., Pine, Scudder, Gorski and Hayes, JJ.

In the Matter of MICHAEL JAMES MCGURN, an Attorney, Resignor. [784 NYS2d 399]—Voluntary resignation accepted and name removed from the roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Green, J.P., Pine, Scudder, Gorski and Hayes, JJ.

In the Matter of TARA A. MCGEE, an Attorney, Resignor. [784 NYS2d 399]—Voluntary resignation accepted and name removed from the roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Green, J.P., Pine, Scudder, Gorski and Hayes, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONTU M. LIGHTEN, Appellant. [784 NYS2d 475]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Timothy J. Drury, J.—Assault, 3rd Degree.) Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY MITCHELL, Appellant. [784 NYS2d 474]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie Supreme Court, Joseph S. Forma, J.—Violation of Probation.) Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Martoche, JJ.